IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN EDWARD READY,

    Plaintiff,

v.

NANCY A. BERRYHILL
Acting Commissioner
of Social Security,

    Defendant.

CIVIL ACTION No. 18-04289

**O R D E R**

**AND NOW** this 30th day of April, 2019, upon consideration of the parties' submissions, it is **ORDERED** that:

1. Plaintiff's Request for Review (Doc. No. 13) is **GRANTED**, and the matter is **REMANDED** in accordance with the fourth sentence of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further proceedings before a different, constitutionally appointed ALJ;

2. **JUDGMENT IS ENTERED** by separate document, filed contemporaneously. *See Shalala v. Schaefer*, 509 U.S. 292, 303 (1993); *Kadelski v. Sullivan*, 30 F.3d 399, 402 (3d Cir. 1994); Fed. R. Civ. P. 58(a).

3. The Clerk of Court shall mark this case **CLOSED** for all purposes including statistics.

                                               s/Richard A. Lloret
                                               RICHARD A. LLORET
                                               U.S. Magistrate Judge